**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs.     4:12CR00147-001  SWW | |
| PERRY LYNN REA | DEFENDANT |

ORDER

    Defendant appeared for a hearing before this Court on June 17, 2013, and entered a plea of guilty to Count 3 of the indictment at which time, counsel for the defendant requested that the defendant be allowed to remain on bond pending sentencing. After arguments of defense counsel and no objection by the government, the Court found that there are exceptional reasons, pursuant to 18 U.S.C. §3145, to allow defendant to remain on conditions of release and that such conditions should be modified.

    IT IS THEREFORE ORDERED that defendant's conditions of release shall be modified to include a special condition of home incarceration with location monitoring. Defendant to contribute to the costs of location monitoring based on defendant's ability to pay.

    IT IS SO ORDERED this 17th day of June 2013.

    /s/Susan Webber Wright

    UNITED STATES DISTRICT JUDGE